UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DION LEWIS,<br><br>        Plaintiff,<br><br>  vs.<br><br>PARKS,<br><br>        Defendant. | 1:22-cv-01335-ADA-GSA-PC<br><br>**ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS ISSUED ON DECEMBER 6, 2022**<br>**(ECF No. 10.)**<br><br>**ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME UNTIL FEBRUARY 28, 2023, IN WHICH TO PAY $200.00 PARTIAL FILING FEE TO THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA** |

      Brian Dion Lewis ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on September 30, 2022, at the U.S. District Court for the Central District of California. (ECF No. 1.)

      On October 14, 2022, the Central District of California issued an order requiring Plaintiff to pay a $200.00 initial filing fee for this case within thirty days. (ECF No. 10.) On October 18, 2022, this case was transferred to the U.S. District Court for the Eastern District of California.

      The thirty-day time period for Plaintiff to pay the $200.00 partial filing fee expired and the Court did not receive Plaintiff's payment. On December 6, 2022, the Court issued findings and recommendations, recommending that this case be dismissed based on Plaintiff's failure to comply with the Central District's order. (ECF No. 10.)

      On December 19, 2022, Plaintiff filed objections to the findings and recommendations. (ECF No. 11.) Plaintiff provides evidence that on October 20, 2022, $200.00 was withdrawn

from Plaintiff's prison trust account, check #1360634 at High Desert State Prison, where Plaintiff is incarcerated, and was for the payment of the initial filing. Plaintiff states it was forwarded to the Central District of California. (ECF No. 11 at 3.) Plaintiff also provides evidence that on November 4, 2022, the Central District of California returned the $200.00 payment to High Desert State Prison because Plaintiff's case had been transferred. (ECF No. 11.) On November 18, 2022, High Desert State Prison's Trust Office stopped payment on check #1360634. (ECF No. 11 at 4, 5.) The stop-payment notice indicated that "A credit for the amount of the check will be deposited to your trust account 3 months after it is returned in accordance with the State Treasurer's Office policy, as long as the check has not been cashed during that timeframe." (ECF No. 11 at 5.)

Given that Plaintiff has provided evidence that he made a good faith effort to comply with the Court's order to pay the $200.00 initial filing fee, the Court shall withdraw the findings and recommendations issued on December 19, 2022. Plaintiff shall be granted an extension of time until February 28, 2023, to submit the $200.00 partial filing fee payment to the U.S. District Court for the Eastern District of California.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations issued on March 10, 2020, are WITHDRAWN;
2. Plaintiff is granted an extension of time until February 28, 2023, in which to submit a $200.00 partial filing fee payment for this case to the U.S. District Court for the Eastern District of California; and
3. Plaintiff's failure to comply with this order shall result in a recommendation that this case be dismissed.

IT IS SO ORDERED.

Dated:   **January 4, 2023**                    **/s/ Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE