UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DION LEWIS,<br><br>            Plaintiff,<br><br>     vs.<br><br>PARKS,<br><br>            Defendant. | **1:22-cv-01335-ADA-GSA-PC**<br><br>**ORDER IN RESPONSE TO<br>PLAINTIFF'S MOTIONS<br>(ECF Nos. 14, 15, 16, 17, 18.)** |

## I.      BACKGROUND

Brian Dion Lewis ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on September 30, 2022, at the United States District Court for the Central District of California, case no. 2:22-cv-07173-CJC-PD.  (ECF No. 1.)  On October 14, 2022, the Central District issued an order granting Plaintiff's request to proceed without prepayment of the filing fee and ordered Plaintiff to pay a $200.00 *initial filing fee* within thirty days.  (emphasis added)  (ECF No. 4.)  The Central District advised Plaintiff that he owes the Court the ***total filing fee*** of $350.00, but that an ***initial filing fee*** of $200.00 was due immediately and must be paid within 30 days. (emphasis added)  (Id.)

1

On October 18, 2022, this case was transferred to the United States District Court for the Eastern District of California and assigned case no. 1:22-cv-01335-ADA-GSA.  (ECF No. 5.)

On December 6, 2022, this Court (Eastern District) issued findings and recommendations, recommending that this case be dismissed because Plaintiff had not paid the $200 initial filing fee.  (ECF No. 10.)  On December 19, 2022, Plaintiff filed objections, asserting that he had attempted to comply with the Central District's order.  (ECF No. 11.)  Plaintiff submitted a copy of his trust account statement from High Desert State Prison showing that on October 20, 2022, $200.00 was withdrawn from his trust account at High Desert State Prison as check no. 1360634 for payment of the initial filing fee.  (Id. at 3.)  Plaintiff also provided a copy of a letter from the Central District dated November 4, 2022, advising Plaintiff that his $200.00 remittance was being returned to him because the case had been transferred.  (Id. at 4.)  In his objections to the findings and recommendations, Plaintiff requested the Court to order High Desert State Prison to lift the 90-day lien on his check and forward the $200.00 payment to the Eastern District.

On February 27, 2023, Plaintiff notified the Court that he requested the trust office at High Desert State Prison to forward his check for $200.00 to the Eastern District for payment of the $200.00 initial filing fee, as ordered by the Central District Court.  (ECF No. 13.)

In another filing on February 27, 2023, Plaintiff argues that High Desert State Prison is under the illusion that Plaintiff owes $350.00 for the filing fee instead of only the $200.00 partial filing fee requested.  (ECF Nos. 14 & Exh. at p. 5.) Plaintiff complains that High Desert State Prison has erroneously withdrawn $45.00 from his prison trust account for payment of the filing fee.  (Id.)

On March 7, 2023, Plaintiff filed a motion for the court to compel High Desert State Prison to forward the $200.00 partial filing fee to the Court.  (ECF No. 15.)

On March 17, 2023, Plaintiff filed a motion for extension of time to submit the $200.00 partial filing fee to the Court.  (ECF No. 16.)  On April 18, 2023, Plaintiff filed a motion for an extension of time to file a complaint against High Desert State Prison's trust account office.  (ECF No. 17.)  On April 28, 2023, Plaintiff filed a motion for the Court to compel High Desert State Prison's trust office to forward Plaintiff's $200.00 check to the Court.  (ECF No. 18.)

## II.    DISCUSSION

The Central District's October 14, 2022 order informed Plaintiff that he is required to pay the **total filing fee of $350.00**.  (ECF No. 4.)  Thus, Plaintiff's argument that he is **only** required to pay a partial filing fee of $200.00 is without merit.  The Central District's order advised Plaintiff that he owes $350.00, but he is required to pay an **initial fee of $200.00**, and the remaining $150.00 owed will be deducted in monthly payments to the Court from Plaintiff's prison trust account until the total $350.00 has been paid.

Plaintiff's Inmate Obligation History from HDSP, dated February 22, 2023, shows that as of that date, Plaintiff had paid $230.00 of the filing fee and still owed $105.00.  (ECF No. 16 at 3.)  It appears from this record that the $200.00 initial filing fee was paid, along with an additional $30.00 deducted from Plaintiff's trust account pursuant to the Central District's October 14, 2022 order, leaving a balance of $105.00.  (Id.)  Per the order, High Desert State Prison may appropriately deduct further payments from Plaintiff's trust account until the remaining $105.00 is paid, for a total of $350.00 filing fee payments.

This order resolves Plaintiff inquiries filed on February 27, 2023, March 7, 2023, March 17, 2023, April 18, 2023, and April 28, 2023.  (ECF Nos. 14, 15, 16, 17, 18.)  Plaintiff's motion for an extension of time to pay the $200.00 initial filing fee is denied as moot because according to Plaintiff's statement from HDSP, the $200.00 initial filing fee has been paid.  (ECF No. 16 at 3.)  **Plaintiff should direct any further questions to the HDSP Trust Office or his Prison Counselor.**

IT IS SO ORDERED.

Dated:   __June 2, 2023__                    _____/s/ Gary S. Austin_____
                                            UNITED STATES MAGISTRATE JUDGE