UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DION LEWIS,<br><br>        Plaintiff,<br><br>   v.<br><br>S. PARKS,<br><br>        Defendant. | No. 1:22-cv-01335 KES GSA (PC)<br><br>ORDER DIRECTING DEFENDANT TO INFORM COURT WHETHER DEFENDANT WISHES TO PARTICIPATE IN POST-SCREENING EARLY ALTERNATIVE DISPUTE RESOLUTION PROGRAM OR, IN THE ALTERNATIVE, TO OPT OUT OF THE PROGRAM<br><br>(See ECF No. 33)<br><br>DEFENDANT'S RESPONSE TO COURT DUE IN SEVEN DAYS |

      Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On March 18, 2025, this matter was stayed for 120 days, and it was referred to the Court's Post-Screening Early Alternative Dispute Resolution Program ("Early ADR Program"). See ECF No. 33. At that time, Defendant was ordered to file a motion to opt out of the program if Defendant did not wish to participate in the Early ADR Program. Id. at 33. Defendant was given sixty days to do so. Id.

1

More than sixty days have passed, and Defendant has not filed a motion to opt out of the Court's Early ADR Program. As a result, the Court presumes that Defendant may be electing to participate in it and have a settlement conference scheduled.

Therefore, Defendant will be ordered to verify whether Defendant desires to participate in a settlement conference. Should Defendant wish to do so, counsel for Defendant shall inform the Court of the following: (1) how early Defendant is available to participate in a settlement conference, and (2) the dates that Defendant is <u>not available</u> to participate in a settlement conference during the next three months.

As an alternative to Defendant verifying a willingness to participate in a settlement conference, Defendant may inform the Court that instead that Defendant wishes to opt out of the Court's Early ADR Program and proceed to discovery. Defendant will be given seven days to inform the Court of the course of action she wishes to take.

Accordingly, IT IS HEREBY ORDERED that:

1. Consistent with the Court's order issued March 18, 2025 (ECF No. 33), Defendant shall VERIFY with the Court that Defendant wishes to participate in the Court's Post-Screening Early Alternative Dispute Resolution Program and have a settlement conference calendared;

2. Should Defendant wish to have a settlement conference scheduled, Defendant should INFORM the Court of the following: (a) how early Defendant is available to participate in a settlement conference, and (b) the dates that Defendant is <u>not available</u> to participate in a settlement conference during the next three months;

3. As an ALTERNATIVE to verifying that Defendant wishes to have a settlement conference calendared, Defendant may file a motion to opt out of the Court's Early ADR Program and proceed to discovery, and

4. Defendant will have seven days to take either course of action.

IT IS SO ORDERED.

Dated:  **May 28, 2025**                    **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE