UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DION LEWIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. PARKS,<br><br>　　　　Defendant. | No. 1:22-cv-01335 KES GSA (PC)<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO PARTICIPATE IN SETTLEMENT CONFERENCE<br><br>(ECF No. 35) |

On May 29, 2025, the Court ordered Defendant to indicate whether she wished to participate in a settlement conference or opt out of the Court's Post-Screening Early Alternative Dispute Resolution Program. ECF No. 34. Defendant has responded stating that she wishes to participate in the program and have a settlement conference calendared. See generally ECF No. 35.

Defendant's request is acknowledged and orders setting a settlement conference before a different magistrate judge as well as the related appearance writ will issue shortly.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to participate in the Court's Post-Screening Early Alternative Dispute Resolution Program (ECF No. 35) is GRANTED.

An order setting the date for the settlement conference and the related appearance writ for Plaintiff will issue shortly.

IT IS SO ORDERED.

Dated: **June 6, 2025**              **/s/ Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE