UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DION LEWIS,<br><br>                Plaintiff,<br><br>    v.<br><br>S. PARKS,<br><br>                Defendant. | No. 1:22-cv-01335 KES GSA (PC)<br><br>ORDER VACATING JUNE 9, 2025, ORDER REFERRING SETTLEMENT CONFERENCE<br><br>(ECF No. 37)<br><br>ORDER VACATING JUNE 9, 2025, WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(ECF No. 38) |

   Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   Currently, this matter has been calendared for a settlement conference before United States Magistrate Judge Stanley A. Boone on July 31, 2025. See ECF Nos. 37, 38 (order setting settlement conference; writ of habeas corpus ad testificandum for Plaintiff). Recently, however, it was learned that Kern Valley State Prison, where Plaintiff is incarcerated, does not have video rooms available for that date.

   For these reasons, the Court's order which set the parties' settlement conference for July 31, 2025, as well as the Court's appearance writ for Plaintiff, both of which were issued on June 9, 2025 (see ECF Nos. 37, 38), will be vacated. New orders which reset the settlement

conference hearing date and direct Kern Valley State Prison to produce Plaintiff at the settlement conference will issue under separate order.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court's order referring this matter to a settlement conference, which was issued on June 9, 2025 (ECF No. 37), is VACATED;

2. The Court's writ of habeas corpus ad testificandum, issued June 9, 2025 (ECF No. 38), is VACATED, and

3. The Clerk of Court shall serve a copy of this order on the litigation coordinator at Kern Valley State Prison.

**New settlement conference and appearance writ orders will issue shortly.**

IT IS SO ORDERED.

Dated:    **June 17, 2025**                    /s/ Gary S. Austin
                                               UNITED STATES MAGISTRATE JUDGE