UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DION LEWIS, | No. 1:22-cv-01335 KES GSA (PC) |
| Plaintiff, | ORDER EXTENDING STAY OF MATTER UNTIL CONCLUSION OF SETTLEMENT CONFERENCE |
| v. | |
| S. PARKS, | (See ECF Nos. 33, 40) |
| Defendant. | DEFENDANT'S ANSWER TO COMPLAINT, IF ANY, DUE THIRTY DAYS AFTER CONCLUSION OF SETTLEMENT CONFERENCE |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. This matter is currently calendared for a settlement conference. See ECF No. 40 (order referring matter to settlement conference).

On March 18, 2025, the Court stayed this matter and referred it to its Post-Screening Early ADR Program. ECF No. 33. The matter was stayed for 120 days. Id. at 2.

The 120-day stay period has expired. However, the settlement conference, scheduled for September 30, 2025, has yet to take place. As a result, the Court will, sua sponte, extend the stay of this matter until the conclusion of the settlement conference. Should this matter not settle,

1

Defendant's answer to the complaint will be due thirty days after the settlement conference has concluded.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay order, issued March 18, 2025 (ECF No. 33), is EXTENDED until the conclusion of the settlement conference, and

2. Should this matter not settle, Defendant's response to Plaintiff's complaint is due thirty days after the date the settlement conference has concluded.

IT IS SO ORDERED.

Dated: __**July 16, 2025**__                       _____**/s/ Gary S. Austin**_____
                                                          UNITED STATES MAGISTRATE JUDGE

2