UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DION LEWIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>S. PARKS,<br><br>　　　　　Defendant. | No.  1:22-cv-01335 KES GSA (PC)<br><br>ORDER VACATING SETTLEMENT CONFERENCE REFERRAL ORDER<br><br>(ECF No. 40)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(ECF No. 41) |

  Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  This matter is at the post-screening, early ADR stage of the proceedings.  See ECF No. 33.

  On June 18, 2025, the Court issued an order which directed that a settlement conference be set on September 30, 2025, at 9:30 a.m. before United States Magistrate Judge Barbara A. McAuliffe. ECF No. 40.  On the same day, the appearance writ for Plaintiff for the settlement conference date was also issued to Kern Valley State Prison ("KVSP"), where Plaintiff was incarcerated.  ECF No. 41.

  On July 28, 2025, a notice of change of address filed by Plaintiff was docketed.  ECF No. 43.  In it, Plaintiff informs the Court that he has been transferred from KVSP to California State

1

Prison – Los Angeles ("CSP – Los Angeles"). <u>See</u> <u>generally</u> ECF No. 43. As a result, the settlement conference date currently ordered set for September 30, 2025, at 9:30 a.m. via videoconference from KVSP before Judge McAuliffe, as well as the appearance writ sent to KVSP, which commands Plaintiff's court appearance from there on that date, must be vacated.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall serve a copy of this order either via fax or via e-mail on the Litigation Coordinator at Kern Valley State Prison for its records;

2. The June 18, 2025, order which referred the settlement conference to United States Magistrate Judge Barbara A. McAuliffe for hearing on September 30, 2025, at 9:30 a.m. (<u>see</u> ECF No. 40), is VACATED;

3. The writ of habeas corpus ad testificandum, issued to the warden at Kern Valley State Prison on June 18, 2025, which directed that Plaintiff be produced for via videoconference for the settlement conference on September 30, 2025, at 9:30 a.m. (ECF No. 41) is VACATED;

**A new order which refers the settlement conference to Judge McAuliffe on a different day, will issue shortly.**

**A new videoconference appearance writ for Plaintiff, which reflects the new settlement conference date as well as Plaintiff's current housing location at California State Prison – Los Angeles, will also issue shortly.**

IT IS SO ORDERED.

   Dated:   **August 8, 2025**               /s/ Gary S. Austin
                                                          UNITED STATES MAGISTRATE JUDGE