**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

BRIAN DION LEWIS,	No. 1:22-cv-1335 KES GSA (PC)

      Plaintiff,	**ORDER & WRIT OF HABEAS CORPUS**
v.	**AD TESTIFICANDUM**

S. PARKS,

      Defendant.
_____/

Brian Dion Lewis, CDCR #H-99807, is necessary and material in a settlement conference in this case on October 30, 2025, is confined in California State Prison, Los Angeles County (CSP-LAC), in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Barbara A. McAuliffe, to appear by Zoom video conference from his place of confinement, on October 30, 2025, at 9:30 a.m.

    Accordingly, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the custodian to produce the inmate named above, by Zoom video conference, to participate in court proceedings at the time and place above, until completion or as ordered by the court. Zoom video conference connection information will be supplied via separate e-mail;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

    3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at CSP-LAC at (661) 729-6994 or via e-mail, and

    4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Esther Valdez, Courtroom Deputy, at EValdez@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of CSP-LAC P.O. Box 8457, Lancaster, CA 93539-8457:**

**WE COMMAND** you to produce the inmate named above to appear at the time and place above, by Zoom video conference, until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

  Dated:  **August 8, 2025**	       **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE