UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DION LEWIS,<br><br>        Plaintiff,<br><br>  v.<br><br>S. PARKS,<br><br>        Defendant. | Case No.: 1:22-cv-01335-KES-CDB<br><br>**ORDER CONTINUING SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE BARBARA A. McAULIFFE**<br><br>**Settlement Conference: 12/8/2025 at 9 a.m. Via Zoom Videoconferencing** |

    Plaintiff Brian Dion Lewis is appearing pro se and *in forma pauperis* in this civil rights action.

    The settlement conference previously scheduled for October 30, 2025, is **HEREBY CONTINUED** to **December 8, 2025, at 9:00 a.m.**, before Magistrate Judge Barbara A. McAuliffe via Zoom Videoconferencing. The Court will separately issue a writ to ensure Plaintiff's appearance.

IT IS SO ORDERED.

Dated:  **October 30, 2025**　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE