UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DION LEWIS,<br><br>            Plaintiff,<br><br>    v.<br><br>S. PARKS,<br><br>            Defendant. | Case No.: 1:22-cv-01335-KES-CDB<br><br>**ORDER LIFTING PREVIOUSLY IMPOSED STAY**<br><br>**ORDER DIRECTING CLERK OF THE COURT TO ISSUE DISCOVERY AND SCHEDULING ORDER** |

Plaintiff Brian Dion Lewis is appearing pro se and *in forma pauperis* in this civil rights action. On October 30 and December 8, 2025, Magistrate Judge Barbara A. McAuliffe conducted settlement conference proceedings in this matter. (*See* Docs. 52, 57.)

Because the parties did not settle their dispute, the Court will lift the previously imposed stay and issue a discovery and scheduling order.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The previously imposed 120-day stay of this is action (Docs. 33, 42) is **LIFTED**; and
2. The Clerk of the Court is **DIRECTED** to issue a discovery and scheduling order in this matter.

IT IS SO ORDERED.

Dated:   **December 11, 2025**                                    _____
                                                                                    UNITED STATES MAGISTRATE JUDGE