UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DION LEWIS,<br>Plaintiff,<br>v.<br>S. PARKS,<br>Defendant. | Case No.: 1:22-cv-01335-KES-CDB<br>**ORDER TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT BE IMPOSED FOR PLAINTIFF'S FAILURE TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S SUMMARY JUDGMENT MOTION**<br>14-Day Response Deadline |

Plaintiff Brian Dion Lewis is appearing pro se and *in forma pauperis* in this civil rights action. This action proceeds on Plaintiff's First Amendment access to courts claim against Defendant S. Parks.

**I. INTRODUCTION**

On October 22, 2026, Defendant filed a motion for summary judgment addressing the merits of Plaintiff's claim. (Doc. 60.)

More than 21 days have passed, and Plaintiff has failed to file either an opposition or statement of non-opposition to Defendant's summary judgment motion.

**II. DISCUSSION**

This Court's Local Rules, corresponding with Federal Rule of Civil Procedure 11, provide that a "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court

may be grounds for the imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." *See* Local Rule 110. Further, the Local Rules also state:

> Opposition, if any to the granting of a motion shall be served and filed by the responding party not more than twenty-one (21) days after the date of service of the motion. A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in question. Failure of the responding party to file an opposition or statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions.

Local Rule 230(*l*) ("Motions in Prisoner Actions"). Therefore, Plaintiff's opposition or statement of non-opposition to Defendant's pending motion for summary judgment was due on or before **, 2026. Nearly 30 days have elapsed, and Plaintiff has filed neither an opposition nor a statement of non-opposition to Defendant's motion, nor has Plaintiff otherwise contacted the Court.

## III. CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS** that:

1. Plaintiff **SHALL** show cause in writing, **within 14 days** of the date of service of this order, why sanctions should not be imposed for his failure to comply with the Local Rules.
2. Alternatively, within that same time, Plaintiff may file an opposition or statement of non-opposition to Defendant's motion filed October 22, 2026.

**Any failure by Plaintiff to timely respond to this Order may result in a recommendation that this action be dismissed for a failure to obey court orders and a failure to prosecute. Alternatively, Defendants' motion for partial summary judgment may be deemed unopposed and submitted for decision.**

IT IS SO ORDERED.

Dated: **November 23, 2026**

UNITED STATES MAGISTRATE JUDGE